**FILED**

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION,<br><br>*Consolidated Cases* | Cause No. AC 17-0694<br><br>ORDER GRANTING MOTIUN FOR AMENDED RECEIVERSHIP ORDER |

Libby Plaintiffs represented by McGarvey, Heberling, Sullivan and Lacey, P.C., Odegaard Kovacich Snipes, P.C., by and through their counsel, with the concurrence of Nancy Gibson, Receiver for Robinson Insulation Company (Robinson), have moved the Court to amend this Court's March 23, 2018 Order, creating a receivership for Robinson Insulation Company.

Upon consideration of the motion, and the rationale for the motion, the Court finds and concludes as follows:

1. Robinson Insulation Company is an insured under multiple policies that provide defense and indemnity coverage for claims against it (herein "Robinson Insurance").

2. Grogan Robinson Lumber Company, an affiliated entity, which had common and/or overlapping ownership by members of the Robinson family, is also a named insured in some or all of the Robinson Insurance.

3. Like Robinson Insulation Company, Grogan Robinson Lumber Company is a now-defunct corporation which was dissolved in late 2018.

Exhibit G001

4. While it appears that few unsettled cases are pending against Grogan Robinson Lumber Company, it potentially could be a defendant in many Libby Claimant lawsuits asserting conduct and liability of Grogan Robinson Lumber Company, including any joint conduct and liability with Robinson Insulation Company. Such potential lawsuits could potentially trigger coverages under the Robinson Insurance.

5. In order to achieve the purposes of the Receivership with respect to Robinson Insulation Company's coverages and rights under the Robinson Insurance, the Receiver's authority with respect to the Robinson Insurance should comprehensively address the coverage of co-insured, Grogan Robinson Lumber Company, so that the Receiver is empowered to comprehensively settle with the insurers their defense and indemnity duties under the Robinson Insurance.

6. There is no other adequate remedy to protect Plaintiffs' and Robinson Insulation Company's interests arising under the Robinson Insurance.

7. In the absence of the amendment of the March 23, 2018 Order, Plaintiffs and the Receiver for Robinson Insurance Company will be unable to fairly and adequately protect or secure their respective interests arising under Robinson Insurance, and will sustain irreparable damage to those interests.

8. Pursuant to §27-20-101 et seq., MCA, the Robinson Insurance constitutes property and a fund subject to the claims of Plaintiffs and similarly situated asbestos claimants.

WHEREFORE, it is HEREBY ORDERED:

1. In addition to being the Receiver for Robinson Insulation Company, Nancy Gibson is appointed as receiver for Grogan Robinson Lumber Company, a dissolved affiliated entity which is a co-insured under the Robinson Insurance.

2. Receiver Nancy Gibson shall have the same power and authority with respect to Grogan Robinson Lumber Company (including with respect to claims or potential claims against Grogan Robinson Lumber

Company which may be covered by the Robinson Insurance) as the Receiver has been granted with respect to Robinson Insulation Company and its insurance rights, including the power to negotiate a proposed comprehensive settlement of the indemnity and defense duties arising under the Robinson Insurance, which proposed settlement shall be subject to this Court's approval.

DATED 9/29/2020

Exhibit G003